IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SCOTT VEST, on behalf
of himself and all others
similarly situated                                                                                    PLAINTIFF

v.                              Case No.: 4:11-cv-364-KGB

RAY PENNINGTON, individually
and in his official capacity; and
DAN MCDONALD in his official capacity                                           DEFENDANTS

## ORDER

Plaintiff Scott Vest brings this claim pursuant to 42 U.S.C. § 1983 and the Arkansas Civil Rights Act against Ray Pennington, individually and in his official capacity, and Dan McDonald in his official capacity.  Mr. McDonald moved for summary judgment (Dkt. No. 50).  Mr. Vest responded by requesting an order abandoning his claim against Mr. McDonald (Dkt. No. 60).  In his response, Mr. Vest moves to dismiss with prejudice his claim against Mr. McDonald.

Mr. McDonald's motion for summary judgment is conceded by Mr. Vest and granted (Dkt. No. 50).  Mr. Vest's claims against Mr. McDonald are dismissed with prejudice.

SO ORDERED this the 20th day of February, 2013.

_____
Kristine G. Baker
United States District Judge