IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SCOTT VEST, on behalf
of himself and all others
similarly situated                                                                                              PLAINTIFF

v.                            Case No.: 4:11-cv-00364-KGB

RAY PENNIGNTON, individually
and in his official capacity                                                                            DEFENDANT

## ORDER

The parties have filed a joint stipulation for dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (Dkt. No. 71). Accordingly, this action is dismissed with prejudice.

SO ORDERED this the 1st day of October, 2013.

_____
Kristine G. Baker
United States District Judge